Amy J. Gittler (State Bar No. 004977)
Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS, P.C.**
2398 East Camelback Road, Suite 1060
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
GittlerA@jacksonlewis.com
Monica.Ryden@jacksonlewis.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Brooke, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>R.I. Heritage Inn of Westminster L.P., a Delaware limited partnership dba Residence Inn Denver North Westminster,<br><br>Defendant. | Case No. 2:17-cv-02112-HRH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Defendant R.I. Heritage Inn of Westminster L.P. and Plaintiff Theresa Brooke hereby stipulate that the above-captioned action is voluntary dismissed pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., with each party to bear its own costs.

RESPECTFULLY SUBMITTED August 18, 2017.

**JACKSON LEWIS, P.C.**

By:   /s/ Monica M. Ryden
       Monica M. Ryden
       Attorneys for Defendant

**The Strojnik Firm LLC**

By:   /s/ Peter Kristofer Strojnik (with permission)
       Peter Kristofer Strojnik (242728)
       Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Kristofer Strojnik (242728)
**The Strojnik Firm LLC**
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016
Attorneys for Plaintiff

/s/ Amalia Tafoya

4824-3436-6541, v. 1