IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>                       Plaintiff,<br><br>vs.<br><br>R I HERITAGE INN OF WESTMINSTER L.P., a Delaware limited partnership, d/b/a Residence Inn Denver North Westminster,<br><br>                      Defendants. | No. 2:17-cv-2112-HRH |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation of Voluntary Dismissal*,[1] filed August 18, 2017, this case is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  21st  day of August, 2017.

                                                   /s/ H. Russel Holland
                                                   United States District Judge

---

[1]Docket No. 13.